# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5122**

**September Term, 2024**

**1:25-cv-00698-TSC**

**Filed On: April 16, 2025**

Climate United Fund, et al.,

      Appellees

    v.

Citibank, N.A.,

      Appellee

Environmental Protection Agency and Lee M.
Zeldin, in his official capacity as
Administrator, United States Environmental
Protection Agency,

      Appellants


**BEFORE:**    Pillard, Katsas, and Rao*, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an immediate administrative stay, it is

**ORDERED** that the district court's April 15, 2025, order granting a preliminary injunction be administratively stayed in part, pending further order of the court. The district court's order is stayed insofar as it (1) enables or requires Citibank to release,


* Circuit Judge Rao would administratively stay the district court's order in full, at least until the district court issues its opinion. Injunctive relief is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 22 (2008). A preliminary injunction entered without reasoning does not meet that standard.

disburse, transfer, otherwise move, or allow access to funds and (2) requires defendants to file a status report with the district court within 24 hours of the entry of the preliminary injunction.  It is further

**ORDERED** that no party take any action, directly or indirectly, with regard to the disputed contracts, grants, awards or funds.

The purpose of this order is to give the court sufficient opportunity to consider the district court's forthcoming opinion in support of its order granting a preliminary injunction together with the emergency motion for stay pending appeal and any response thereto, and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). A separate order setting deadlines for responses to, and a reply in support of, the emergency motion for stay pending appeal will be issued at a later time.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/

Scott H. Atchue
Deputy Clerk